CHARLES A. BONNER, ESQ.  SB# 85413
A. CATHERINE LAGARDE, ESQ. SB# 209255
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER AND BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF,
CHINAR KALSI

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINAR KALSI, | **Case No. 06-CV-02366-WBS-GGH** |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO ENLARGE TIME** |
| FORTE SYSTEMS, LLC, FORTE MEDICAL SYSTEMS, LLC, DION NUGENT individually and as Owner of FORTE SYSTEMS, LLC. AND FORTE MEDICAL SYSTEMS, LLC, and Does 1 through 30, inclusive, | |
| Defendants. | |
| _____/ | |

After considering the stipulation to enlarge time the Court sets the following dates:

Parties will disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) no later than January 31, 2008.

All motions except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before February 22, 2008.

All discovery shall be completed by February 22, 2008.

Dated: 11/7/07

/s/ Gregory G. Hollows

_____
MAGISTRATE JUDGE

kalsi.ord

ORDER ON STIPULATION TO ENLARGE TIME                                        1