John M. Polson, Bar No. 157820
Tamara I. Devitt, Bar No. 209683
Danielle H. Moore, Bar No. 232480
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorneys for Defendant ADMINISTAFF COMPANIES II, L.P.

Steven L.Simas, Bar No. 150901
Scott M. Hutchinson, Bar No. 221259
H. Jacob Chang, Bar No. 242356
SIMAS & HUTCHINSON, LTD.
1215 K Street, 17th Floor
Sacramento, CA 95814
Telephone (916) 789-9800
Facsimile (916) 789-9810

Attorneys for Plaintiffs FORTE SYSTEMS, LLC, FORTE MEDICAL SYSTEMS, LLC, and DION NUGENT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHINAR KALSI, an Individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORTE SYSTEMS, LLC, FORTE MEDICAL SYSTEMS, LLC, DION NUGENT, individually and as owner of FORTE SYSTEMS, LLC AND FORTE MEDICAL SYSTEMS, LLC, ADMINISTAFF COMPANIES II, L.P. and DOES 2 through 30, Inclusive,<br><br>　　　　　Defendants.<br><br>FORTE SYSTEMS, LLC, FORTE MEDICAL SYSTEMS, LLC, DION NUGENT, individually and as owner of FORTE SYSTEMS, LLC AND FORTE MEDICAL SYSTEMS, LLC,<br><br>　　　　　Plaintiff, | Case No.: 2:06-CV-02366-WBS-GGH<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; AND [~~PROPOSED~~] ORDER**<br><br>Third Party Complaint Filed: December 12, 2007 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Irvine 496056.1

|   |   |
|---|---|
| 1 | vs. |
| 2 | ADMINISTAFF COMPANIES II, L.P. and DOES 1 through 30, |
| 3 | Inclusive, |
| 4 | Defendants. |

1  vs.
2  ADMINISTAFF COMPANIES II, L.P. and DOES 1 through 30,
3  Inclusive,
4              Defendants.
5
6       TO ALL PARTIES OF INTEREST AND THEIR ATTORNEYS OF RECORD:
7       PLEASE TAKE NOTICE that Pursuant to Local Rule 6-144 (a),
8  Plaintiffs FORTE SYSTEMS, LLC; FORTE MEDICAL SYSTEMS, LLC; and
9  DION NUGENT ("Plaintiffs"), and Defendant Administaff Companies
10 II, L.P. ("Defendant") (collectively "the Parties"), by and
11 through their respective counsel, hereby stipulate that
12 Defendant shall have a thirty (30) day extension of time, up to
13 and including February 5, 2008, to answer or otherwise respond
14 to the initial Third Party Complaint filed in the above-
15 captioned matter.  This extension shall not effect the Parties'
16 right to pursue arbitration, which the Parties are in the
17 process of evaluating.
18      This stipulation is proper as all parties to the Third
19 Party Complaint have entered into this stipulation and all
20 Parties affected by this stipulation have agreed hereto.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Irvine 496056.1

1  Additionally, no prior extensions have been obtained to respond
2  to the Third Party Complaint.
3
4  DATED: January 4, 2008                FISHER & PHILLIPS LLP
5
6
7                                   By:  _____/s/_____
                                         JOHN M. POLSON
                                         TAMARA I. DEVITT
8                                        DANIELLE H. MOORE
                                         Attorneys for Defendant
9                                        ADMINISTAFF COMPANIES II,
                                         L.P.
10
11
   DATED: January 4, 2008                SIMAS & HUTCHINSON, LTD.
12
13
                                    By:  _____/s/_____
14                                       Steven L. Simas
                                         Scott M. Hutchinson
15                                       H. Jacob Chang
                                         Attorneys   for    Plaintiffs
16                                       FORTE   SYSTEMS,  LLC,  FORTE
                                         MEDICAL  SYSTEMS,  LLC,  and
17                                       DION NUGENT
18 **IT IS SO ORDERED:**
19
   DATED:   January 7, 2008
20
21                                       /s/ William B. Shubb
                                         WILLIAM B. SHUBB
22                                       UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

---
3
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Irvine 496056.1

**PROOF OF SERVICE**

(CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California 92612.

On **January 4, 2008**, I served the foregoing document entitled **Stipulation to Extend Time to Respond to Complaint** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Steven L. Simas, Esq.<br>Scott M. Hutchinson, Esq.<br>H. Jacob Chang, Esq.<br>SIMAS & HUTCHINSON, LTD.<br>1215 K Street, 17th Floor<br>Sacramento, CA 95814<br>Telephone (916) 789-9800<br>Facsimile (916) 789-9810 | *Attorneys for Plaintiffs*<br>*FORTE SYSTEMS, LLC, FORTE MEDICAL SYSTEMS, LLC, and DION NUGENT* |
| Adam Cabral Bonner, Esq.<br>Law Offices of Bonner & Bonner<br>1913 Bridgeway<br>Sausalito, CA 94965<br>Telephone (415) 331-3070<br>Facsimile (415) 331-2738 | *Attorneys for Plaintiff*<br>*CHINAR KALSI* |

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 4, 2008,** Irvine, California.

MARIA ANDERSON                         By: _____
Print Name                                  Signature

PROOF OF SERVICE

**Error! Unknown document property name.**